**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jason Martin DELPRIORE,**
**Defendant–Appellant.**

No. 06–30174.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 20, 2007.*

Filed March 1, 2007.

Stephan A. Collins, Esq., Jo Ann Farrington, Esq., Office of the U.S. Attorney, Anchorage, AK, for Plaintiff–Appellee.

Sue Ellen Tatter, Esq., Federal Public Defender's Office, Anchorage, AK, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Jason Martin Delpriore appeals from his 30–month sentence imposed for being a felon in possession of a firearm and possession of a stolen firearm, in violation of 18 U.S.C. §§ 922(g)(1), 922(j), and 924(a)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Delpriore contends that the district court erred by failing to adjust his sentence downward pursuant to U.S.S.G.

---

ed by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§ 5G1.3(b). We disagree. Section 5G1.3(b) does not apply to Delpriore. *See* U.S.S.G. § 5G1.3 cmt. n. 2(A); *see also United States v. Fifield,* 432 F.3d 1056, 1061–63 (9th Cir.2005), *cert. denied,* ── U.S. ──, 126 S.Ct. 1937, 164 L.Ed.2d 684 (2006).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.